UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER KALARICKAL,

                   Plaintiff,

          -against-

THE UNITED STATES,

                  Defendant.

**ORDER**

21 Civ. 1043 (PGG)

PAUL G. GARDEPHE, United States District Judge:

Plaintiff brings this action pro se.   To proceed with a civil action in this Court, a plaintiff must either pay $400.00 in fees – a $350.00 filing fee plus a $50.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed IFP application.   See 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted an IFP application (Dkt. No. 8), but prior to transferring the matter to this Court, the Court of Federal Claims denied the application because Plaintiff "ha[d] not made the requisite showing of indigence nor that payment of the filing fee would be impossible or otherwise prevent him from filing an action."   (Dkt. No. 12)   Accordingly, within thirty days of the date of this order, Plaintiff must pay the $400.00 in fees.

Chambers will mail a copy of this order to Plaintiff.   If Plaintiff complies with this order, the case will be processed in accordance with the procedures of the Clerk's Office.   If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.   Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962) (holding that

appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   February 10, 2021
         New York, New York

_____
PAUL G. GARDEPHE
United States District Judge