# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ALEXANDER KALARICKAL,

                Plaintiff,

        -v-                                                      20 **CIVIL** 10249 (DLC)

DENIS MCDONOUGH, Secretary, Department of Veterans Affairs,

                Defendant.

-----------------------------------------------------------X

ALEXANDER KALARICKAL,

                Plaintiff,                            21 **CIVIL** 1043 (DLC)

        -v-                                                          **JUDGMENT**

UNITED STATES OF AMERICA,

                Appellees.

-----------------------------------------------------------X

      It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 24, 2022, Kalarickal's May 9, 2022 motion for summary judgment is denied. The defendant's May 6, 2022 motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
          June 24, 2022

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                             **BY:**    *K. Mango*

                                                                 **Deputy Clerk**